# THE FREIBOTT LAW FIRM, P.A.

FREDERICK S. FREIB
FRED@FREIBOTTLAW.C

DENNIS A. MASON,
DENNIS@FREIBOTTLAW.CO

1711 EAST NEWPORT PIK
P.O. BOX 616
WILMINGTON, DE 1980
PHONE: (302) 633-900
FAX: (302) 633-911

March 19, 2024

**REGISTERED MAIL**
**RA 194 273 581 US**
**RETURN RECEIPT REQUESTED**
Merrimak Capital Company, LLC
c/o Jack A. Kariotis
807 East South Temple Street, Ste. 300
Salt Lake City, Utah 84102

Re: Lena Hill-Swinson vs. Joshua Beck, J.B. Hunt Transport, Inc.
C.A. No.: N24C-03-035 PAW
Date of Loss: 3/28/22
Our File No.: 2024-54

Dear Mr. Kariotis:

Please be advised that I represent the Plaintiff in regard to a collision that occurred on March 28, 2022.

Enclosed is a copy of the lawsuit which has been filed in the State of Delaware, New Castle County Superior Court on March 5, 2024. I am also including a copy of the Praecipe and Summons, which were also filed with the Court on March 5, 2024.

This letter with the said enclosures is sent to you by Registered Mail, Return Receipt Requested, in accordance with the provisions of 10 Del. C. §3104(d)(3).

An Answer to this lawsuit must be filed within twenty (20) days from the date on which you receive this notice. I would **strongly recommend** that you contact your insurance company for further instructions on how to proceed with this lawsuit.

Very truly yours,

Frederick S. Freibott

FSF/kla
encl.
cc: Lena Hill-Swinson, w/o encl.

EFiled: Mar 05 2024 11:00AM EST
Transaction ID 72239962
Case No. N24C-03-035 PAW

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

LENA HILL-SWINSON and JACQUELYN HILL-SWINSON,

Plaintiffs,

vs.

JOSHUA M. BECK, J.B. HUNT TRANSPORT, INC., J.B. HUNT TRANSPORT SERVICES, INC., MERRIMAK CAPITAL COMPANY LLC, and MERRIMACK CAPITAL, LLC,

Defendants.

C.A. No.

JURY TRIAL DEMANDED

**DENIAL OF AGENCY BY AFFIDAVIT REQUIRED PURSUANT TO 10 *DEL. C.* § 3916**

**THE STATE OF DELAWARE,**
**TO PLAINTIFFS' COUNSEL:**
**YOU ARE COMMANDED:**

**SUMMONS**

To summon Defendant so that, within 20 days after service hereof upon Defendant, exclusive of the day of service, Defendant shall serve upon Frederick S. Freibott, Esquire, Plaintiffs' attorney, whose address is 1711 East Newport Pike, P.O. Box 6168, Wilmington, Delaware 19804, an answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit or defense).

To serve upon Defendant a copy hereof and of the Complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: 3-20-24

COLLEEN REDMOND
Prothonotary

Per Deputy

**TO DEFENDANT MERRIMAK CAPITAL COMPANY, LLC:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on Plaintiffs' attorney named above an answer to the Complaint (and, if an affidavit of the demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the Complaint (or in the affidavit of demand, if any).

COLLEEN REDMOND
Prothonotary

Per Deputy

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: N K S

CIVIL ACTION NUMBER

EFiled: Mar 05 2024 11:00AM EST
Transaction ID 72239962
Case No. N24C-03-035 PAW

| Caption: | Civil Case Code: CPIA |
|---|---|
| LENA HILL-SWINSON and JACQUELYN HILL-SWINSON,<br>Plaintiffs<br>vs.<br>JOSHUA M. BECK, J.B. HUNT TRANSPORT, INC., J.B. HUNT TRANSPORT SERVICES, INC., MERRIMAK CAPITAL COMPANY, LLC, and MERRIMACK CAPITAL, LLC.<br>Defendant | Civil Case Type: Personal Injury Auto<br>Mandatory Non-Binding Arbitration (MNA): NO<br>Name and Status of Party filing Document: Plaintiff, Lena Hill-Swinson<br>DOCUMENT TYPE: (E.G.; Complaint; Answer with Counterclaim<br>Complaint<br>JURY DEMAND YES_X_ NO____ |
| ATTORNEY NAME(S):<br>Frederick S. Freibott<br>ATTORNEY ID(S):<br>#2740<br>FIRM NAME:<br>The Freibott Law Firm, PA<br>Address<br>1711 East Newport Pike<br>Wilmington, DE 19804<br>Telephone Number<br>(302) 633-9000<br>Fax Number<br>(302) 633-9113<br>E-MAIL ADDRESS:<br>fred@freibottlaw.com | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br>EXPLAIN THE RELATIONSHIP(S):<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN

EFiled: Mar 05 2024 11:00AM EST
Transaction ID 72239962
Case No. N24C-03-035 PAW

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

LENA HILL-SWINSON and JACQUELYN HILL-SWINSON,

Plaintiffs,

vs.

JOSHUA M. BECK, J.B. HUNT TRANSPORT, INC., J.B. HUNT TRANSPORT SERVICES, INC., MERRIMAK CAPITAL COMPANY LLC, and MERRIMACK CAPITAL, LLC,

Defendants.

C.A. No.

JURY TRIAL DEMANDED

**DENIAL OF AGENCY BY AFFIDAVIT REQUIRED PURSUANT TO 10 *DEL. C.* § 3916**

**PLAINTIFFS' COMPLAINT**

1. Plaintiffs Lena Hill-Swinson and Jacquelyn Hill-Swinson are citizens of Pennsylvania who may be contacted for purposes of this litigation through their attorneys Frederick S. Freibott and Dennis A. Mason II, of the Freibott Law Firm, P.A., 1711 East Newport Pike, P.O. Box 6168, Wilmington, Delaware 19804.

2. Defendant Joshua M. Beck is a citizen of Delaware upon whom service of process may occur at 115 Louise Road, New Castle, Delaware 19720.

3. Defendant J.B. Hunt Transport, Inc. is an Arkansas corporation upon which service of process may be issued upon its registered agent, John Roberts, at 615 JB Hunt Corporate Drive, Lowell, Arkansas 72745.

4. Defendant J.B. Hunt Transport Services, Inc. is an Arkansas corporation upon which service of process may be issued upon its registered agent, John Roberts, at 615 JB Hunt Corporate Drive, Lowell, Arkansas 72745.

5. Defendant Merrimak Capital Company LLC is a Utah corporation upon which service of process may be issued upon its registered agent, Jack A. Kariotis, at 807 East South Temple Street, Ste. 300, Salt Lake City, Utah 84102.

6. Defendant Merrimack Capital LLC is a Delaware corporation upon which service of process may be issued upon its registered agent, Business Filings Incorporated, at 108 West 13th Street, Wilmington, Delaware 19801.

7. On March 28, 2022, at approximately 6:00 a.m., Plaintiff Lena Hill-Swinson was operating a vehicle traveling northbound on DuPont Parkway in the right lane near Delaware City, Delaware. At the same time and location, Defendant Beck was operating a tractor trailer on behalf of Defendants J.B. Hunt Transport, Inc., J.B. Hunt Transport Services, Inc., Merrimak Capital Company LLC, and/or Merrimack Capital LLC traveling northbound in the left lane of DuPont Parkway. Defendant Beck merged into the right lane and struck Plaintiff Lena Hill-Swinson's vehicle (the "Collision"), forcing her vehicle off the road.

8. After the Collision, Corporal Drake from the Delaware State Police arrived to conduct an investigation. Defendant Beck told Corporal Drake that, "she must've been in my blind spot" because he, "didn't see her at all." As a result of the investigation, Defendant was cited for Inattentive Driving, a violation of 21 *Del. C.* § 4176, to which he subsequently plead guilty.

9. At the time of the Collision, Defendant Beck was acting as the employee, agent, or servant of Defendants J.B. Hunt Transport, Inc., J.B. Hunt Transport Services, Inc., Merrimak Capital Company LLC, and/or Merrimack Capital LLC, and as such, Defendants J.B. Hunt Transport, Inc., J.B. Hunt Transport Services, Inc., Merrimak Capital Company LLC, and/or Merrimack Capital LLC is/are liable for the negligent acts of Defendant Beck under the doctrine of *respondeat superior* or other principles of agency law. **IF DEFENDANTS BECK, J.B.**

**HUNT TRANSPORT, INC., J.B. HUNT TRANSPORT SERVICES, INC., MERRIMAK CAPITAL COMPANY LLC, AND/OR MERRIMACK CAPITAL LLC DENY AN AGENCY RELATIONSHIP, THEY MUST DO SO BY AFFIDAVIT PURSUANT TO 10 *DEL. C.* § 3916.**

10. At the time of the Collison, Defendants Merrimak Capital Company LLC and/or Merrimack Capital LLC, as owner(s) of the trailer being hauled by the tractor trailer at issue, hired Defendants J.B. Hunt Transport, Inc. and/or J.B. Hunt Transport Services, Inc. for purposes of transporting the trailer. Thus, Defendants J.B. Hunt Transport, Inc. and/or J.B. Hunt Transport Services, Inc. was acting as (an) employee(s), agent(s), or servant(s) of Defendants Merrimak Capital Company LLC and/or Merrimack Capital LLC, and as such, Merrimak Capital Company LLC and/or Merrimack Capital LLC is/are liable for the negligent acts of J.B. Hunt Transport, Inc. and/or J.B. Hunt Transport Services, Inc. **IF DEFENDANTS J.B. HUNT TRANSPORT, INC., J.B. HUNT TRANSPORT SERVICES, INC., MERRIMAK CAPITAL COMPANY LLC, AND/OR MERRIMACK CAPITAL LLC DENY AN AGENCY RELATIONSHIP, THEY MUST DO SO BY AFFIDAVIT PURSUANT TO 10 *DEL. C.* § 3916.**

**<u>COUNT I – NEGLIGENCE OF DEFENDANT BECK</u>**

11. Plaintiffs restate paragraphs 1 through 10 as if stated fully herein.

12. Defendant Beck was negligent in that he:

(a) Caused a tractor trailer to change lanes without ascertaining such movement could be made safety, in violation of 21 *Del. C.* § 4122(1);

(b) Caused a tractor trailer to move when such movement could not be made with reasonable safety, in violation of 21 *Del. C.* § 4154;

(c) Operated a tractor trailer at a speed that was greater than reasonable under the conditions of the road and without regard to the actual and potential hazards then existing, in violation of 21 *Del. C.* § 4168(a);

(d) Operated a tractor trailer in a careless or imprudent manner, without due regard for the road, weather, and traffic conditions then existing, in violation of 21 *Del. C.* § 4176(a);

(e) Failed to give full time and attention to the operation of a tractor trailer, or failed to maintain a proper lookout, in violation of 21 *Del. C.* § 4176(b);

(f) Failed to operate thee tractor trailer in compliance with the minimum safety standards established by the FMCSA and

(g) Otherwise failed to comply with the common law duties of care, control, and lookout while operating a tractor trailer.

**COUNT II – NEGLIGENCE OF DEFENDANTS J.B. HUNT TRANSPORT, INC., J.B. HUNT TRANSPORT SERVICES, INC., MERRIMAK CAPITAL COMPANY LLC, AND/OR MERRIMACK CAPITAL LLC REGARDING DEFENDANT BECK**

13. Plaintiffs restate paragraphs 1 through 12 as if stated fully herein.

14. Defendants Defendants J.B. Hunt Transport, Inc., J.B. Hunt Transport Services, Inc., Merrimak Capital Company LLC, and/or Merrimack Capital LLC was/were negligent in that it/they:

(a) Hired and/or contracted with Defendant Beck to drive the tractor trailer involved in the Collision;

(b) Entrusted a tractor trailer to Defendant Beck when it/they knew or should have known that he would not operate the tractor trailer in a safe or responsible manner;

(c) Entrusted a tractor trailer to Defendant Beck when it/they knew or should have known that he would not operate the tractor trailer in compliance with the laws of the state of Delaware;

(d) Entrusted a tractor trailer to Defendant Beck when it/they knew or should have known that he would not operate it in compliance with the minimum safety standards established by the FMCSA;

(e) Failed to adequately train Defendant Beck in the inspection, operation, and/or maintenance of the tractor trailer in a safe or responsible manner;

(f) Failed to supervise Defendant Beck while driving the tractor trailer;

(g) Failed in its/their duty to promulgate and enforce rules and regulations to ensure its/their drivers and vehicles were reasonably safe in the operation of a tractor trailer; and

(h) Defendant Beck's negligence as stated in Paragraph 12 is imputed to Defendants J.B. Hunt Transport, Inc., J.B. Hunt Transport Services, Inc., Merrimak Capital Company LLC, and/or Merrimack Capital LLC under the doctrine of *respondeat superior*.

**COUNT III – NEGLIGENCE OF DEFENDANTS MERRIMAK CAPITAL COMPANY LLC AND/OR MERRIMACK CAPITAL LLC FOR HIRING J.B. HUNT TRANSPORT, INC. AND/OR J.B. HUNT TRANSPORT SERVICES, INC.**

15. Plaintiffs restate paragraphs 1 through 14 as if stated fully herein.

16. Defendants Merrimak Capital Company LLC and/or Merrimack Capital LLC was/were negligent in that it/they:

(a) Hired and/or contracted with Defendant J.B. Hunt Transport, Inc. and/or Defendant J.B. Transport Services, Inc. to transport its trailer involved in the Collision;

(b) Entrusted a trailer to Defendant J.B. Hunt Transport, Inc. and/or Defendant J.B. Transport Services, Inc. when it/they knew or should have known that Defendant J.B. Hunt Transport, Inc., Defendant J.B. Transport Services, Inc., and/or its/their employee(s), agent(s), and/or servant(s) would not transport the trailer in a safe or responsible manner;

(c) Entrusted a trailer to Defendant J.B. Hunt Transport, Inc. and/or Defendant J.B. Transport Services, Inc. when it/they knew or should have known that Defendant J.B. Hunt Transport, Inc., Defendant J.B. Transport Services, Inc., and/or its/their employee(s), agent(s), and/or servant(s) would not transport the trailer in compliance with the laws of the state of Delaware;

(d) Entrusted a trailer to Defendant J.B. Hunt Transport, Inc. and/or Defendant J.B. Transport Services, Inc. when it/they knew or should have known that Defendant J.B. Hunt Transport, Inc., Defendant J.B. Transport Services, Inc., and/or its/their employee(s), agent(s), and/or servant(s) would not transport the trailer in compliance with the minimum safety standards established by the FMCSA;

(e) Entrusted a trailer to Defendant J.B. Hunt Transport, Inc. and/or J.B. Transport Services, Inc. when it/they knew or should have known that Defendant J.B. Hunt Transport, Inc., Defendant J.B. Transport Services, Inc., and/or its/their employee(s), agent(s), and/or servant(s) would not adequately inspect, transport, or maintain its trailer in a safe or responsible manner;

(f) Failed to adequately supervise the transportation of its/their trailer by Defendant J.B. Hunt Transport, Inc. and/or Defendant J.B. Transport Services, Inc.;

(g) Failed in its/their duty to promulgate and enforce rules and regulations to ensure Defendant J.B. Hunt Transport, Inc., Defendant J.B. Transport Services, Inc., and/or its/their drivers and vehicles were reasonably safe in the transportation of a trailer; and

(h) Defendant J.B. Hunt Transport, Inc. and/or Defendant J.B. Transport Services, Inc.'s negligence as stated in Paragraph 14 is imputed to Defendants Merrimak Capital Company LLC and/or Merrimack Capital LLC under the doctrine of *respondeat superior*.

**COUNT IV – CAUSATION AND DAMAGES**

17. Plaintiffs restate paragraphs 1 through 16 as if stated fully herein.

18. As a direct and proximate result of Defendants' negligence, Plaintiff Lena Hill-Swinson:

(a) Suffered injuries, some or all of which may be permanent, required medical treatment, and may require further medical care in the future;

(b) Incurred medical expenses and may in the future incur further medical expenses; and

(c) Incurred lost wages and may in the future suffer loss of income.

**COUNT V – LOSS OF CONSORTIUM**

19. Plaintiffs restate paragraphs 1 through 18 as if stated fully herein.

20. As a direct and proximate result of the Collision, Plaintiff Lena Hill-Swinson suffered from injuries that caused Plaintiff Jacquelyn Hill-Swinson, as lawful spouse of Plaintiff Lena Hill-Swinson, to suffer the loss of aid, comfort, society, and other consortium of her wife.

Wherefore, Plaintiffs demand that judgment be entered in their favor and against the Defendants, jointly and severally, and that they be awarded compensatory damages, interest pursuant to 6 *Del. C.* § 2301(d), and the costs of this action.

THE FREIBOTT LAW FIRM, P.A.

/s/ Frederick S. Freibott
Frederick S. Freibott (Del. Bar #2740)
Dennis A. Mason II (Del. Bar #4644)
1711 East Newport Pike
P.O. Box 6168
Wilmington, DE 19804
302-633-9000
Attorneys for Plaintiffs

March 5, 2024

EFiled: Mar 05 2024 11:00AM EST
Transaction ID 72239962
Case No. N24C-03-035 PAW

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| LENA HILL-SWINSON and JACQUELYN HILL-SWINSON, | ) | |
| Plaintiffs, | ) | C.A. No. |
| vs. | ) | |
| | ) | JURY TRIAL DEMANDED |
| JOSHUA M. BECK, J.B. HUNT TRANSPORT, INC., J.B. HUNT TRANSPORT SERVICES, INC., MERRIMAK CAPITAL COMPANY LLC, and MERRIMACK CAPITAL, LLC, | ) | **DENIAL OF AGENCY BY AFFIDAVIT REQUIRED PURSUANT TO 10 *DEL. C.* § 3916** |
| Defendants. | ) | |

**PLAINTIFFS' ANSWERS TO FORM 30 INTERROGATORIES**

1. Give the name and present or last known residential and employment address and telephone number of each eyewitness to the incident which is the subject of this litigation.

Answer:

Plaintiff Lena Hill-Swinson
Kayla Harris
Defendant Joshua M. Beck
Philip H. Moore
Joseph R. Wilson

2. Give the name and present or last known residential and employment address and telephone number of each person having knowledge of the facts relating to this litigation.

Answer:

In addition to those identified in response to Interrogatory #1:

Plaintiff Jacquelyn Hill-Swinson
Personnel of Defendant J.B. Hunt Transport, Inc.
Personnel of Defendant J.B. Hunt Transport Services, Inc.
Personnel of Defendant Merrimak Capital Company LLC
Personnel of Defendant Merrimack Capital LLC
Corporal Drake of the Delaware State Police
Personnel of Liberty Mutual Insurance
Personnel of The Weitz Firm, LLC

Plaintiff Lena Hill-Swinson's health care providers:

Christiana Care Health Services
Temple Neurosciences Scenter/ Avani Shah, MD
Temple Otolaryngology/ Tiffany Hwa, MD
ATI Physical Therapy
Main Line Spine/ Scott Davidoff, MD
Temple Internal Medicine/ Karen Lin, MD

3. Give the names of all persons who have been interviewed in connection with the above litigation, including the names and present or last known residential and employment addresses and telephone numbers of the persons who made said interviews and the names and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

Answer:

Plaintiffs' counsel has conferred with Plaintiffs; the substance of such communications is protected under the attorney-client privilege and/or work product doctrine.

4. Identify all photographs, diagrams, or other representations made in connection with the matter in litigation, giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached.)

Answer:

Plaintiffs' counsel is in possession of the police report associated with this litigation. Additionally, Plaintiffs' counsel is in possession of a market valuation report for Plaintiffs' vehicle. Plaintiffs' counsel is also in possession of the marriage license related to the consortium claim.

5. Give the name, professional address, and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

Answer:

Plaintiffs expect to retain experts in the fields of medicine and economics.

6. Give a brief description of any insurance policy, including excess coverage, that is or may be applicable to this litigation, including:

(a) The name and address of all companies insuring the risk;
(b) The policy number(s);
(c) The type of insurance;

(d) The amounts of primary, secondary, and excess coverage.

Answer:

(a) Liberty Mutual Insurance
(b) AOS28162102440
(c) Medpay
(d) $5,000

(a) J.B. Hunt Transport, Inc.
(b) Self-Insured
(c) Liability
(d) $500,000 single limit

7. Give the name, professional address, and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten-year period immediately prior to the date of the incident at issue in this litigation.

Temple Internal Medicine/ Karen Lin, MD
Jefferson Hand Center

THE FREIBOTT LAW FIRM, P.A.

/s/ Frederick S. Freibott
Frederick S. Freibott (Del. Bar #2740)
Dennis A. Mason II (Del. Bar #4644)
1711 East Newport Pike
P.O. Box 6168
Wilmington, DE 19804
302-633-9000
Attorneys for Plaintiffs

March 5, 2024

EFiled: Mar 05 2024 11:00AM EST
Transaction ID 72239962
Case No. N24C-03-035 PAW

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| LENA HILL-SWINSON and JACQUELYN HILL-SWINSON, Plaintiffs, vs. | C.A. No. |
| | JURY TRIAL DEMANDED |
| JOSHUA M. BECK, J.B. HUNT TRANSPORT, INC., J.B. HUNT TRANSPORT SERVICES, INC., MERRIMAK CAPITAL COMPANY LLC, and MERRIMACK CAPITAL, LLC, Defendants. | **DENIAL OF AGENCY BY AFFIDAVIT REQUIRED PURSUANT TO 10 *DEL. C.* § 3916** |

**RULE 3(h) STATEMENT**

Plaintiffs' counsel shall provide copies of the documentation of Plaintiffs' claims to Defendants or their counsel upon request after an answer is filed on Defendants' behalf.

THE FREIBOTT LAW FIRM, P.A.

/s/ Frederick S. Freibott
Frederick S. Freibott (Del. Bar #2740)
Dennis A. Mason II (Del. Bar #4644)
1711 East Newport Pike
P.O. Box 6168
Wilmington, DE 19804
302-633-9000
Attorneys for Plaintiffs

March 5, 2024